UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY THUNANDER, | No. 2:12-cv-1896-KJN |
| Plaintiff, | |
| v. | |
| BUTTE COUNTY, et al., | ORDER[1] |
| Defendants. | |

By order filed November 9, 2012, plaintiff's complaint was dismissed, and plaintiff was accorded thirty days within which to file an amended complaint. On December 14, 2012, April 3, 2013, and May 14, 2013, plaintiff was granted extensions of time within which to file an amended complaint. Pursuant to the last order, plaintiff was informed that no further extensions of time would be granted. (ECF No. 13.) The last thirty-day period has expired, and plaintiff has not filed an amended complaint or otherwise communicated with the court.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: September 17, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

thun1896.fta.ext

---

[1] Plaintiff has consented to the jurisdiction of the magistrate judge for all purposes. (ECF No. 4.) See 28 U.S.C. § 636(c) and E.D. Cal. L. R. ("Local Rule") 305(a).

1